

**SPOTTS ❖ FAIN**

A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW

ELLIOT P. FITZGERALD

DIRECT DIAL NUMBER
(804) 697-2043
DIRECT FACSIMILE NUMBER
(804) 697-2143
EMAIL ADDRESS
EFITZGERALD@SPOTTSFAIN.COM

July 16, 2015

MAILING ADDRESS
POST OFFICE BOX 1555
RICHMOND, VIRGINIA 23218-1555

**VIA HAND DELIVERY**

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219



RECEIVED
JUL 16 2015
CLERK U.S. DISTRICT COURT
RICHMOND, VA.

Re: *Sun Trust Mortgage, Inc. v. NL Inc. f/k/a Najarian Loans, Inc. and RPM Mortgage, Inc.*

Dear Mr. Galindo:

Enclosed for filing on behalf of Plaintiff SunTrust Mortgage Inc., please find the following:

- An original and two copies of a Complaint and a civil cover sheet;
- This firm's check in the amount of $400 for the filing fee;
- Two copies of SunTrust Mortgage, Inc.'s financial interest disclosure statement pursuant to Local Rule 7.1; and
- An original and one copy of summons directed to defendants NL Inc. and RPM Mortgage, Inc.

Upon filing of the Complaint, please issue the summons to NL Inc. and RPM Mortgage, Inc. Please call my assistant, Alicja Mendlik, at (804) 343-6189 when the summonses are ready and I will have them picked up by our courier.

Please contact me should any of these enclosures raise any questions. Thank you for your assistance.

Very truly yours,

Elliot P. Fitzgerald

Enclosures
cc: SunTrust Mortgage, Inc.